1  NATHAN M. JENKINS (560)
   JENKINS LAW FIRM
2  1895 Plumas Street, Suite 2
   Reno, NV  89509
3  (775) 829-7800
   Attorneys for Defendant Northern Nevada Operating
4     Engineers Health & Welfare Trust Fund

5

6                    UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF NEVADA

8

9  GOLIGHTLY & VANNAH, PLLC,              Case No. 3:16-cv-00144-MMD-VPC

10         Plaintiff,

11  vs.                                   **DEFENDANT NORTHERN
                                          NEVADA OPERATING
12  HAL HAMLETT, an individual; JESSICA   ENGINEERS HEALTH &
    HAMLETT, an individual; JAIDYN        WELFARE TRUST FUND'S
13  HAMLETT, a minor; JONATHAN HOLLAND,   STATEMENT REGARDING
    a minor; REGIONAL EMERGENCY           REMOVAL**
14  MEDICAL SERVICE AUTHORITY;
    CHRISTIAN PURGASON, D.O. dba
15  NORTHERN NEVADA EMERGENCY
    PHYSICIANS; TJ ALLEN, LLC; RENOWN
16  REGIONAL MEDICAL CENTER; RENO
    ORTHOPAEDIC CLINIC, LTD., DR.
17  CHRISTENSEN; RENO RADIOLOGICAL
    ASSOCIATES, CHARTERED; ROBERT G.
18  BERRY, JR., M.D. PROFESSIONAL
    CORPORATION dba ORTHOPEDIC
19  REHABILITATION SPECIALISTS OF NV;
    UNIVERSAL SERVICES, INC.; OPERATING
20  ENGINEERS FUNDS, INC. dba OPERATING
    ENGINEERS HEALTH & WELFARE TRUST
21  FUND; DOE Defendants I through X; ROE
    CORPORATION Defendants XI through XX,

22
           Defendant.
23  _____/

24

25         Defendant Northern Nevada Operating Engineers Health & Welfare Trust Fund

26  ("Defendant" or the "Trust Fund"), named in the Complaint in Interpleader as Operating

27  Engineers Funds, Inc. dba Operating Engineers Health & Welfare Trust Fund, pursuant to the

28  March 16, 2016 Minutes of the Court, hereby submit the following statement regarding removal:

JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800 Fax (775) 829-0511

*1. The date(s) on which you were served with a copy of the complaint in the removed action:* Defendant Trust Fund has not been served with a copy of the Complaint in Interpleader. After removal, on March 24, 2106, Defendant Trust Fund executed an acceptance of service.

*2. The date(s) on which you were served with a copy of the summons:* Defendant Trust Fund has not been served with a summons. After removal, on March 24, 2106, Defendant Trust Fund executed an acceptance of service.

*3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy:* This removal is based on Federal question jurisdiction.

*4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal:* Defendant's notice of removal was filed less than thirty (30) days after Defendant first learned of the filing of the Complaint in Interpleader. Defendant Trust Fund first accidently learned of the filing of the Complaint in Interpleader on February 23, 2016 while searching court records on another matter. Upon learning of the Complaint in Interpleader, on March 10, 2016, counsel for Defendant Trust Fund sent a letter to Plaintiff agreeing to accept service of the Complaint in Interpleader. Defendant Trust Fund filed Notice of Removal on March 15, 2016. Thus, removal is timely under 28 U.S.C. § 1446(b).

*5. In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court:* The action in state court was not commenced more than one year before the date of removal. The action in state court was commenced on February 3, 2016. The Notice of Removal was filed on March 15, 2016.

*6. The name(s) of any defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not:* The Summons and Declaration of Service for each of the following seven (7) Defendants was not filed until March 18, 2016, which was after the Notice of Removal was filed. Therefore,

JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800 Fax (775) 829-0511

2

1    Defendant Trust Fund did not know the following Defendants had been served before it filed the

2    Notice of Removal:

3           a)    Defendant Regional Emergency Medical Services Authority was served

4                March 10, 2016;

5           b)    Christian Purgeson, D.O. dba Northern Nevada Emergency Physicians was

6                served March 9, 2016;

7           c)    Defendant TJ Allen, LLC was served March 10, 2016;

8           d)    Defendant Renown Regional Medical Center was served March 10, 2016;

9           e)    Reno Orthopaedic Clinic, Ltd., Dr. Christensen was served March 10,

10               2016;

11          f)    Reno Radiological Associates, Chartered was served March 8, 2016;

12          g)    Robert G. Berry, Jr., M.D. was served March 10, 2016.

13    None of the foregoing Defendants had appeared in the action prior to the Notice of Removal.

14       DATED this ___24th___ day of March, 2016.

15                   JENKINS LAW FIRM

16                   Attorneys for Defendant Northern Nevada Operating
                     Engineers Health & Welfare Trust Fund

17

18       By: _____

19                  NATHAN M. JENKINS
                   1895 Plumas Street, Suite 2
                   Reno, NV  89509

20

21

22

23

24

25

26

27

28

JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800 Fax (775) 829-0511

CERTIFICATE OF SERVICE

I certify that I am an employee of JENKINS LAW FIRM and that on this date the within

document entitled **DEFENDANT NORTHERN NEVADA OPERATING ENGINEERS**

**HEALTH & WELFARE TRUST FUND'S STATEMENT REGARDING REMOVAL** was

electronically filed with the Clerk of the Court using the CM/ECF system, which will

automatically e-serve the same on the attorney of record set forth below:

Robert D. Vannah, Esq.,
L. Dipaul Marrero II, Esq.
Golightly & Vannah, PLLC
5555 Kietzke Lane, Suite 150
Reno, NV 89511

and that on this date I deposited for mailing at Reno, Nevada a true copy of the within document

addressed to:

Regional Emergency Medical Services
Authority
Lisa Cote
450 Edison Way
Reno, NV 89502

Linda Haering, agent for
Christian Purgason
Northern Nevada Emergency Physicians
3700 Barron Way
Reno, NV 89511

TJ Allen, LLC
1475 Terminal Way, Suite A4
Reno, NV 89502

Michell Nobach, Resident Agent
Renown Regional Medical Center
50 W Liberty Street, 11th Fl
Reno, NV 89501

Jan Olivero
Maupin Cox & Legoy
Resident Agent
Reno Orthopaedic Clinc
Dr. Christensen
4785 Caughlin Pkwy
PO Box 30000
Reno, NV 89520

Michele Calkins, PARASEC
Resident Agent
Reno Radiological Associates Chartered
318 N Carson Street, #208
Carson City, NV 89701

Julia S. Gold, Esq.
Resident Agent
Robert G. Berry, Jr., M.D.
548 W Plumb Ave, Suite B
Reno, NV 89509

DATED this _24_ day of March, 2016.

_Vickie Perry_

JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800 Fax (775) 829-0511