NATHAN M. JENKINS (560)
JENKINS LAW FIRM
1895 Plumas Street, Suite 2
Reno, NV 89509
(775) 829-7800
Attorneys for Defendant Northern Nevada Operating
  Engineers Health and Welfare Trust Fund

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GOLIGHTLY & VANNAH, PLLC,<br><br>    Plaintiff,<br><br>vs.<br><br>HAL HAMLETT, an individual; JESSICA HAMLETT, an individual; JAIDYN HAMLETT, a minor; JONATHAN HOLLAND, a minor; REGIONAL EMERGENCY MEDICAL SERVICE AUTHORITY; CHRISTIAN PURGASON, D.O. dba NORTHERN NEVADA EMERGENCY PHYSICIANS; TJ ALLEN, LLC; RENOWN REGIONAL MEDICAL CENTER; RENO ORTHOPAEDIC CLINIC, LTD., DR. CHRISTENSEN; RENO RADIOLOGICAL ASSOCIATES, CHARTERED; ROBERT G. BERRY, JR., M.D. PROFESSIONAL CORPORATION dba ORTHOPEDIC REHABILITATION SPECIALISTS OF NV; UNIVERSAL SERVICES, INC.; OPERATING ENGINEERS FUNDS, INC. dba OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND; DOE Defendants I through X; ROE CORPORATION Defendants XI through XX,<br><br>    Defendant.<br>_____/ | Case No. 3:16-cv-00144-MMD-VPC<br><br>**CERTIFICATE OF SERVICE** |

    I certify that I am an employee of JENKINS LAW FIRM and that on this date I deposited for mailing at Reno, Nevada a true copy of:

    1.    **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)** (#1) filed March 15, 2016;

1

2. **DEFENDANT NORTHERN NEVADA OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND'S CERTIFICATE OF INTERESTED PARTIES [LOCAL RULE 7.1-1]** (#5) filed March 15, 2016; and

3. **MINUTES OF THE COURT** (#6) filed March 16, 2016;

addressed to:

Universal Services, Inc.
1645 Village Center Cr, Suite 170
Las Vegas, NV  89134

DATED this __12__ day of April, 2016.

_____
VICKIE PERRY

# CERTIFICATE OF SERVICE

I certify that I am an employee of JENKINS LAW FIRM and that on this date the within document entitled **CERTIFICATE OF SERVICE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorney of record set forth below:

Robert D. Vannah, Esq.,
L. Dipaul Marrero II, Esq.
Golightly & Vannah, PLLC
5555 Kietzke Lane, Suite 150
Reno, NV  89511

and that on this date I deposited for mailing at Reno, Nevada a true copy of the within document addressed to:

Regional Emergency Medical Services Authority
Lisa Cote
450 Edison Way
Reno, NV  89502

Linda Haering, agent for
Christian Purgason
Northern Nevada Emergency Physicians
3700 Barron Way
Reno, NV  89511

TJ Allen, LLC
1475 Terminal Way, Suite A4
Reno, NV  89502

Paul J. Anderson, Esq.
Kim G. Rowe, Esq.
Maupin, Cox & LeGoy
4785 Caughlin Pkwy
PO Box 30000
Reno, NV  89520
*Attorneys for Defendant Renown Regional Medical Center*

Jan Olivero
Maupin Cox & Legoy
Resident Agent
Reno Orthopaedic Clinc
Dr. Christensen
4785 Caughlin Pkwy
PO Box 30000
Reno, NV  89520

Michele Calkins, PARASEC
Resident Agent
Reno Radiological Associates Chartered
318 N Carson Street, #208
Carson City, NV  89701

Julia S. Gold, Esq.
Resident Agent
Robert G. Berry, Jr., M.D.
548 W Plumb Ave, Suite B
Reno, NV  89509

Universal Services, Inc.
1645 Village Center Cr, Suite 170
Las Vegas, NV  89134

DATED this ___12___ day of April, 2016.

*Vickie Perry*