NATHAN M. JENKINS (560)
JENKINS LAW FIRM
1895 Plumas Street, Suite 2
Reno, NV 89509
(775) 829-7800
Attorneys for Defendant Northern Nevada Operating
 Engineers Health and Welfare Trust Fund

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GOLIGHTLY & VANNAH, PLLC, | Case No. 3:16-cv-00144-MMD-VPC |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| HAL HAMLETT, an individual; JESSICA HAMLETT, an individual; JAIDYN HAMLETT, a minor; JONATHAN HOLLAND, a minor; REGIONAL EMERGENCY MEDICAL SERVICE AUTHORITY; CHRISTIAN PURGASON, D.O. dba NORTHERN NEVADA EMERGENCY PHYSICIANS; TJ ALLEN, LLC; RENOWN REGIONAL MEDICAL CENTER; RENO ORTHOPAEDIC CLINIC, LTD., DR. CHRISTENSEN; RENO RADIOLOGICAL ASSOCIATES, CHARTERED; ROBERT G. BERRY, JR., M.D. PROFESSIONAL CORPORATION dba ORTHOPEDIC REHABILITATION SPECIALISTS OF NV; UNIVERSAL SERVICES, INC.; OPERATING ENGINEERS FUNDS, INC. dba OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND; DOE Defendants I through X; ROE CORPORATION Defendants XI through XX, | |
| Defendant. | |

Plaintiff and Defendant Northern Nevada Operating Engineers Health and Welfare Trust Fund, named in the Complaint in Interpleader as Operating Engineer Funds, Inc. dba Operating Engineers Health and Welfare Trust Fund, by and through their undersigned counsel, do hereby submit the following Joint Status Report pursuant to the March 16, 2016 Minutes of the Court (#6):

1.   **Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.**

This action was removed to this Court by Notice of Removal (#1) filed March 15, 2016. Defendant T.J. Allen, LLC filed its Answer on March 22, 2016 in state court (attached hereto as Exhibit 1). Defendant Renown Regional Medical Center filed its Answer to Complaint in Interpleader on March 25, 2016 in state court (attached hereto as Exhibit 2). Defendant Northern Nevada Operating Engineers Health and Welfare Trust Fund, named in the Complaint in Interpleader as Operating Engineer Funds, Inc. dba Operating Engineers Health and Welfare Trust Fund filed its Answer to Complaint in Interpleader (#11) in this Court on April 12, 2016.

2.   **Include a statement by counsel of action required to be taken by this court.**

There are no pending motions that require action to be taken by this Court.

3.   **Include as attachments copies of any pending motions, responses and replies thereto, and any prior court orders or other matters requiring the court's attention which have not previously been filed and are not available on the federal docket for review by this court.**

Defendant T.J. Allen, LLC's Answer filed on March 22, 2016 with the Second Judicial District Court is attached hereto as Exhibit 1. Defendant Renown Regional Medical Center's Answer to Complaint in Interpleader filed on March 25, 2016 with the Second Judicial District Court is attached hereto as Exhibit 2.

DATED this __14th__ day of April, 2016.

JENKINS LAW FIRM
Attorneys for Defendant Northern Nevada Operating Engineers Health and Welfare Trust Fund

By: _____
NATHAN M. JENKINS
1895 Plumas Street, Suite 2
Reno, NV  89509

2

DATED this 14th day of April, 2016.

        GOLIGHTLY & VANNAH, PLLC
        Attorneys for Plaintiff

By: /s/ L. DiPaul Marrero II, Esq.
       ROBERT D. VANNAH (NV Bar 2503)
       L. DIPAUL MARRERO II (NV Bar 12441)
       5555 Kietzke Lane, Suite 150
       Reno, NV 89511

DATED this 14th day of April, 2016.

        MAUPIN, COX & LeGOY
        Attorneys for Defendant Renown Regional Medical Center

By: /s/ Paul J. Anderson, Esq.
       PAUL J. ANDERSON (NV Bar 709)
       KIM G. ROWE (NV Bar 1962)
       4785 Caughlin Parkway
       Reno, NV 89519

JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800  Fax (775) 829-0511

# CERTIFICATE OF SERVICE

I certify that I am an employee of JENKINS LAW FIRM and that on this date the within document entitled **JOINT STATUS REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorney of record set forth below:

Robert D. Vannah, Esq.,
L. Dipaul Marrero II, Esq.
Golightly & Vannah, PLLC
5555 Kietzke Lane, Suite 150
Reno, NV 89511

and that on this date I deposited for mailing at Reno, Nevada a true copy of the within document addressed to:

Regional Emergency Medical Services Authority
Lisa Cote
450 Edison Way
Reno, NV 89502

Linda Haering, agent for
Christian Purgason
Northern Nevada Emergency Physicians
3700 Barron Way
Reno, NV 89511

TJ Allen, LLC
1475 Terminal Way, Suite A4
Reno, NV 89502

Paul J. Anderson, Esq.
Kim G. Rowe, Esq.
Maupin, Cox & LeGoy
4785 Caughlin Pkwy
PO Box 30000
Reno, NV 89520
*Attorneys for Defendant Renown Regional Medical Center*

Jan Olivero
Maupin Cox & Legoy
Resident Agent
Reno Orthopaedic Clinc
Dr. Christensen
4785 Caughlin Pkwy
PO Box 30000
Reno, NV 89520

Michele Calkins, PARASEC
Resident Agent
Reno Radiological Associates Chartered
318 N Carson Street, #208
Carson City, NV 89701

Julia S. Gold, Esq.
Resident Agent
Robert G. Berry, Jr., M.D.
548 W Plumb Ave, Suite B
Reno, NV 89509

Universal Services, Inc.
1645 Village Center Cr, Suite 170
Las Vegas, NV 89134

DATED this __14__ day of April, 2016.

_/s/ Vickie Perry_

JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800  Fax (775) 829-0511