# EXHIBIT 1

**Golightly & Vannah vs. Hamlett, et al.**
**Case No. 3:16-cv-00144-MMD-VPC**

**JOINT STATUS REPORT**

# EXHIBIT 1

F I L E D
Electronically
2016-03-22 01:41:05 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 5429766 : bramirez

1  Code: 1130
   Name: T. J. Allen
2  Address: 1475 Terminal Way Ste A4
3           Reno, NV. 89502
   Telephone: 775-770-2225
4  Self-Represented Litigant

~~IN THE FAMILY DIVISION~~

OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

Golightly & Vannah, PLLC
Plaintiff / Petitioner / Joint Petitioner,

Case No. CV16-00245

Dept. No. 7

vs.

T J Allen LLC,
Defendant / Respondent / Joint Petitioner.

## ANSWER

**Admit**

List the paragraph(s) in the Complaint or Petition with which you agree.

A. I admit the allegations in Paragraph(s) ___See Attached "Answer"___

If more room is needed, attach additional sheets.

1

REV 11/2014 ER                                                ANSWER - General

# NEVADA NECK AND BACK
## Dr. T.J. Allen
**CHIROPRACTIC PHYSICIAN**
1475 TERMINAL WAY, SUITE A4   RENO, NEVADA 89502   Phone 775-770-2225   Fax 775-448-9626

ANSWER

March 18th, 2016

To Whom it may concern,

This letter is to serve as my answer to Case No. CV16-00245. My office provided medical care and treatment to Hal Hamlet who's balance is $1,907.00, Jessica Hamlett who's balance is $2,255.00 and Jonathan Holland who's balance is $2,279.00 for injuries they sustained in a motor vehicle accident on 08/02/2013. I believe my treatment to be reasonable for his injuries. In the interest of good will, I am willing to reduce their balances by 50% plus expenses of $213.00 or whatever the court deems reasonable and fair.

Sincerely,

*[signature]*

TJ Allen, DC

|   |
|---|
| **_Deny_** |
| List the paragraph(s) in the Complaint or Petition with which you do not agree. |

B. I deny the allegations in Paragraph(s) _____

_____

_____

_____.

If more room is needed, attach additional sheets.

|   |
|---|
| **_Do Not Have Knowledge_** |
| List the paragraph(s) in the Complaint or Petition about which you do not know whether the allegations are true. |

C. I do not have enough knowledge to know if the allegations are true in Paragraph(s) _____

_____

_____.

If more room is needed, attach additional sheets.

This document does not contain the Social Security number of any person.

I declare, under penalty of perjury under the law of the State of Nevada, that the foregoing is true and correct.

Date: 3/22/16            Your Signature: /s/ T. Allen

Print Your Name: T. J. Allen

FILED
Electronically
2016-03-22 01:41:05 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 5429766 : bramirez

Code: 3720
Name: T.J Allen
Address: 1475 Terminal Way ste 14
Reno, NV. 89
Telephone: 775-770-2225
Self-Represented Litigant

IN THE FAMILY DIVISION

OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

Golightly + Vannah, PLLC,         Case No. CV16-00245
Plaintiff / Petitioner / Joint Petitioner,
                                  Dept. No. 7
vs.

T.J. Allen, LLC,
Defendant / Respondent / Joint Petitioner.

_____/

PROOF OF SERVICE

Pursuant to Nevada Rule of Civil Procedure 5(b), I served a true and correct copy of the

___Interpleader Answer___ filed on
(Name of document(s) served)

___3/22/16___ in the manner(s) and at the location(s) described below. A copy
(Date of filing)

of this Proof of Service has been mailed or personally delivered to all parties or their lawyer.

### Service Description

Fill in the information requested on the next page for each person who has been served.

If a person was served by United States Postal Service certified mail, you must attach the return receipt to this document.

REV 8/2015 ER                           1                              PROOF OF SERVICE

A copy of the above named document(s) was served upon the following people:

1. Name: _Golightly & Vannah_   Date: _MAR 22 2016_
   (Name of the person who was served)   (Date of service: month / day / year)

   By: ☒ Personal service —OR— ☐ Service by U.S. Mail, postage prepaid —OR—

   ☐ Certified mail, return receipt attached —OR— ☐ Other:_____

   Address: _5555 Kietzke Ln. #150_
   (Mailing address or physical address where service took place)

   _Reno, NV. 89511_

2. Name:_____ Date:_____
   (Name of the person who was served)   (Date of service: month / day / year)

   By: ☐ Personal service —OR— ☐ Service by U.S. Mail, postage prepaid —OR—

   ☐ Certified mail, return receipt attached —OR— ☐ Other:_____

   Address: _____
   (Mailing address or physical address where service took place)

   _____

If more room is needed, attach additional sheets.

This document does not contain the Social Security Number of any person.

I declare under penalty of perjury, under the law of the State of Nevada, that the foregoing statements are true and correct.

Signature: _[signature]_

Date: _3/22/16_   Print Your Name: _T.J. Allen_