# EXHIBIT 1

**Golightly & Vannah vs. Hamlett, et al.**
**Case No. 3:16-cv-00144-MMD-VPC**

**SUPPLEMENT TO JOINT STATUS REPORT**

# EXHIBIT 1

F I L E D
Electronically
CV16-00245
2016-04-14 04:25:01 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 5467681 : yviloria

**CODE: 1130**
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com
*Attorneys for Defendant Universal Services, Inc.*

# IN THE SECOND JUDICIAL DISTRICT COURT
## WASHOE COUNTY, NEVADA

| | |
|---|---|
| GOLIGHTLY & VANNAH, PLLC | Case No:  CV16-00245 |
| Plaintiff, | Dept No:  7 |
| vs. | |
| HAL HAMLETT, an individual; JESSICA HAMLETT, an individual; JAIDYN HAMLETT, a minor; JONATHAN HOLLAND, a minor; REGIONAL EMERGENCY MEDICAL SERVICE AUTHORITY; CHRISTIAN PURGASON, D.O., dba NORTHERN NEVADA EMERGENCY PHYSICIANS; TJ ALLEN, LLC; RENOWN REGIONAL MEDICAL CENTER; RENO ORTHOPAEDIC CLINIC, LTD., DR. CHRISTENSEN; RENO RADIOLOGICAL ASSOCIATES, CHARTERED; ROBERT G. BERRY, JR., M.D. PROFESSIONAL CORPORATION dba ORTHOPEDIC REHABILITATION SPECIALISTS OF NV; UNIVERSAL SERVICES, INC.; OPERATING ENGINEERS FUNDS, INC. dba OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND; DOE Defendants  I through X; ROE CORPORATION Defendants XI through XX, | **UNIVERSAL SERVICES, INC.'S ANSWER TO COMPLAINT IN INTERPLEADER** |
| Defendants. | |

## UNIVERSAL SERVICES, INC.'S ANSWER TO
## COMPLAINT IN INTERPLEADER

COMES NOW Defendant UNIVERSAL SERVICES, INC., by and through its attorneys Mark J. Bourassa, Esq. and Trent L. Richards, Esq. of The Bourassa Law Group, LLC, and, in response to the Complaint in Interpleader, hereby admits, denies and alleges as follows:

1.    Answering Defendant UNIVERSAL SERVICES, INC. is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained in paragraph(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11 of Plaintiff's Complaint in Interpleader and therefore denies the same.

2.    As to paragraph 12 of Plaintiff's Complaint in Interpleader, Answering Defendant UNIVERSAL SERVICES, INC. was and is at all times mentioned herein, a foreign corporation and assignee of the claims of Reno Orthopaedic Clinic. A true and correct copy of the Individual Assignment of Account Receivable is attached hereto as *Exhibit 1*.

3.    Answering Defendant UNIVERSAL SERVICES, INC. is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained in paragraph(s) 13, 14, 15, 16, 17, 18, 19, 20, and 21 of Plaintiff's Complaint in Interpleader and therefore denies the same.

4.    Answering Defendant UNIVERSAL SERVICES, INC. hereby admits the allegations contained in paragraph(s) 22 of Plaintiff's Complaint in Interpleader as to Jessica Hamlett. This Answering Defendant is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the remaining allegations and therefore denies the same.

5.    Answering Defendant UNIVERSAL SERVICES, INC. is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained in paragraph(s) 23, 24, 25, 26, 27, 28, 29, 30, 31 and 32 of Plaintiff's Complaint in Interpleader and therefore denies the same.

6.     As to paragraph 33 of Plaintiff's Complaint in Interpleader, Answering Defendant UNIVERSAL SERVICES, INC. hereby admits that it is owed One Thousand Seven Hundred Twenty-Eight Dollars ($1,728.00) pursuant to that certain Individual Assignment of Account Receivable, assigning said amounts to Defendant UNIVERSAL SERVICES, INC. A true and correct copy of the Individual Assignment of Account Receivable is attached hereto as *Exhibit 1*. A true and correct copy of the Invoice detailing amounts owing is attached hereto as *Exhibit 2*.

7.     Answering Defendant UNIVERSAL SERVICES, INC. is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained in paragraph(s) 33 and 34 of Plaintiff's Complaint in Interpleader and therefore denies the same.

## AFFIRMATIVE DEFENSES

1.     Plaintiff has failed to state a claim of action against answering Defendant upon which relief can be granted.

2.     Defendant UNIVERSAL SERVICES, INC. holds a lien against any personal injury settlement proceeds of Jessica Hamlett for the full amount of the billed charges and costs originally incurred.  Said billed charges and costs incurred by Jessica Hamlett were for medical care and services provided to her in direct relation to the injury(ies) Jessica Hamlett sustained as a result of an automobile accident.

3.     Answering Defendant alleges that it has been necessary to employ the services of The Bourassa Law Group to defend this action, and a reasonable sum should be allowed to answering Defendant for attorney's fees, together with costs expended in this action, pursuant to the Medical Lien Subrogation Contract executed by Jessica Hamlett.

4.     Pursuant to NRCP 11, as amended, all possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of this Answer, and therefore, this answering Defendant reserves the right to

1  amend this Answer to allege additional Affirmative Defenses if subsequent investigation so

2  warrants.

### PRAYER FOR RELIEF

4      WHEREFORE, answering Defendant prays for judgment as follows:

5      1.      That Defendant UNIVERSAL SERVICES, INC. be awarded the sum of One

6  Thousand Seven Hundred Twenty-Eight Dollars ($1,728.00), for medical services rendered to

7  Defendant Jessica Hamlett;

8      2.      That Defendant UNIVERSAL SERVICES, INC. be awarded reasonable

9  attorney's fees and costs in defending this action pursuant to contract; and

10      3.      For such other and further relief as the Court may deem just and proper.

### AFFIRMATION PURSUANT TO NRS 239B.030

12      The undersigned does hereby affirm that the preceding document does not contain the

13  social security number of any person.

14      DATED this 14th day of April, 2016.

15                                              THE BOURASSA LAW GROUP, LLC

16

17                                              MARK J BOURASSA, ESQ.
                                                Nevada State Bar No. 7999
18                                              TRENT L. RICHARDS, ESQ.
                                                Nevada State Bar No. 11448
19                                              8668 Spring Mountain Road, Suite 101
                                                Las Vegas, Nevada 89117
20                                              Tel: (702) 851-2180
                                                Fax: (702) 851-2189
21                                              *Attorneys for Universal Services, Inc.*

22

23

24

25

26

27

-4-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **UNIVERSAL SERVICES, INC.'S ANSWER TO COMPLAINT IN INTERPLEADER** was served by mailing a copy thereof, first class mail, postage prepaid, this 14ᵗʰ day of April, 2016 as follows:

Golightly & Vannah, PLLC
5555 S Kietzke Lane, Suite 150
Reno NV 89511
*Attorneys for Plaintiff*


_____
An employee of
The Bourassa Law Group

# INDEX OF EXHIBITS

Exhibit 1.    Individual Assignment of Account Receivable
              1 page excluding exhibit cover sheet

Exhibit 2.    Universal Services, Inc.'s Statement
              3 pages excluding exhibit cover sheet

F I L E D
Electronically
CV16-00245
2016-04-14 04:25:01 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 5467681 : yviloria

# EXHIBIT 1

# EXHIBIT 1

## Individual Assignment of Account Receivable

This Individual Assignment of Account Receivable ("Individual Assignment") is subject to the terms and definitions of the Master Assignment Agreement executed by Reno Orthopaedic Clinic ("Provider") and Universal Services, Inc., on 7/31/2009. Provider declares that the information contained in this Individual Assignment is true and correct and that this Qualifying Patient's Account Receivable is not delinquent or in default as of the date of this instrument. Provider further declares that this Qualifying Patient's Account Receivable is presently held as follows:

Jessica Hamlett
_____
Qualifying Patient's Name

9/5/2013
_____
Date(s) of Treatment

_____
Qualifying Patient's Account Number

_____
Qualifying Patient's Social Security Number

$ 1,728.00
_____
Non-Discounted Value of Account Receivable

Description of Treatment Rendered:

_____
72148
_____

THEREFORE, FOR VALUABLE CONSIDERATION RECEIVED, Provider hereby assigns, grants, transfers, and conveys the Account Receivable listed above, including any and all rights Provider has under a Subrogation Contract and/or under law, to Universal Services, Inc, pursuant to the terms and definitions of the Master Assignment Agreement.

Provider

By: _____KATHLEEN REEVE_____
Its: _____

Dated: _____09/13/13_____

Universal Services Inc.

By: _____
Its: Patient accounts Manager

Dated: 9/13/2013

F I L E D
Electronically
CV16-00245
2016-04-14 04:25:01 PM
Jacqueline Bryant
Clerk of the Court
Transaction # 5467681 : yviloria

# EXHIBIT 2

# EXHIBIT 2

SEP-09-2013 16:58 From:PFS                                To:3244566                    Page:2/4

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

USI
3355 N FIVE MILE ROAD
STE 123
BOISE, ID 83713

CARRIER

☐ PICA                                                                                                                PICA ☐

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLKLUNG (SSN) | OTHER ☒ (ID) | 1a. INSURED'S I.D. NUMBER    (For Program in Item 1) 000000000 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) HAMLETT, JESSICA | 3. PATIENT'S BIRTH DATE 03 18 1978 SEX M ☐ F ☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) SAME |

| 5. PATIENT'S ADDRESS (No., Street) 1150 E CRYSTAL CANYON CT | 6. PATIENT RELATIONSHIP TO INSURED Self ☐ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) SAME |

| CITY RENO | STATE NV | 8. PATIENT STATUS Single ☒ Married ☐ Other ☐ | CITY | STATE |

| ZIP CODE 89508 | TELEPHONE (Include Area Code) (775 )9720446 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | ZIP CODE | TELEPHONE (Include Area Code) ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH 03 18 1978 SEX M ☐ F ☒ |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M ☐ F ☐ | b. AUTO ACCIDENT? ☐ YES ☒ NO PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME USI |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____ DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE T.J. ALLEN DR | 17a. 17b. NPI 181I979578 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? ☐ YES ☒ NO $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to Item 24E by Line) 1. 724 2 2. 3. 4. | 22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO. |
| | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 09 05 2013  09 05 2013 | 11 | | 72148 | 1 | 1728 00 | 1 | | NPI | 1285639377 |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN 880103557  ☐ ☒ | 26. PATIENT'S ACCOUNT NO. ▇▇▇▇▇ | 27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO | 28. TOTAL CHARGE $ 1728 00 | 29. AMOUNT PAID $ 0 00 | 30. BALANCE DUE $ 1728 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) RENNY UPPAL MD SIGNED  09 09 2013 DATE | 32. SERVICE FACILITY LOCATION INFORMATION RENO ORTHOPAEDIC CLINIC 10085 DOUBLE R BLVD STE 145 RENO NV 89521-4830 a. 1467657726 b. | 33. BILLING PROVIDER INFO & PH # 775 7863040 RENO ORTHOPAEDIC CLINIC 555 NORTH ARLINGTON AVE RENO NV 89503-4724 a. 1245228972 b. |

NUCC Instruction Manual available at: www.nucc.org                      APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

SEP-09-2013 16:58 From:PFS                                    To:3244566                              Page:3/4
Renown Health              9/6/2013 3:38:33 PM   PAGE   1/002   Fax Server

# RADIOLOGICAL CONSULTATION

Patient Name: Hamlett, Jessica L
Exam Date: 09/05/2013  1:47 PM

MRN: 0809188
RENOWN IMAGING - RENO
ORTHOPAEDIC CLINIC

Ordering Provider: Allen, Timothy J, D.C.

### Final Results Report

**EXAMINATION:**
MR-LUMBAR SPINE-W/O [MR7624]
Accession #: 7552438
Order #: 74218240

Noncontrast MR examination of the lumbar spine

HISTORY/REASON FOR EXAM: Motor vehicle accident and low back pain

TECHNIQUE/EXAM DESCRIPTION:
MRI of the lumbar spine without contrast, 9/5/2013 1:08 PM.

The study was performed on a G.E. Signa 1.5 Tesla MRI scanner.
T1 sagittal, T2 fast spin-echo sagittal, and T2 axial images were obtained
of the lumbar spine.

COMPARISON: None.

FINDINGS:
The lumbar spine maintains normal height and alignment.  There is no
neoplastic bone lesion.  There is no fracture or dislocation.

The visualized lower thoracic spinal cord appeared normal.  There is no
intradural lesion.  Prominent uterus is seen.

At the level of L5-S1, there is asymmetric disk bulge and facet joint
arthropathy.  There is mild to moderate bilateral neural foraminal
stenosis.

---

Please contact the interpreting radiologist or any other Reno Radiological Associates radiologist if you have any questions about this report.
We also welcome any other radiology related questions or comments. RRA is the most sub-specialized radiology group in northern Nevada,
and you can contact us 24 hours a day, 7 days a week at Renown Medical Center - (775) 982-4492.

Renown X-Ray and Imaging-ROC
10085 Double R Blvd Suite 145
Reno, NV 89521-4867

Patient Name: Hamlett, Jessica L
Date of Birth: 3/18/1978
Medical Record Number: 0809188
CSN: 8505162833

Ordering Provider: Allen, Timothy J, D.C.
Ordering Address: 6155 Neil Rd
Reno NV 89511

Page 1 of 2

SEP-09-2013 16:58 From:PFS                                To:3244566                    Page:4/4
Renown Health            9/6/2013 3:38:33 PM   PAGE   2/002   Fax Server

# RADIOLOGICAL CONSULTATION

Patient Name: Hamlett, Jessica L
Exam Date: 09/05/2013 1:47 PM

MRN: 0809188
RENOWN IMAGING - RENO
ORTHOPAEDIC CLINIC

Ordering Provider: Allen, Timothy J, D.C.

At the level of L4-5, there is minimal disk bulge without significant spinal or neural foraminal stenosis. There is annular fissure in the bulging disk.

At the level of L3-4, there is no spinal or neural foraminal stenosis .

At the level of the L2-3, there is no spinal or neural foraminal stenosis.

At the level of L1-2, there is no spinal or neural foraminal stenosis.

The conus terminates at the level of L1.

The visualized pre-and paraspinal soft tissues appear normal.

IMPRESSION:

1.    Mild degenerative disease in the lumbar spine as described above.

INTERPRETING LOCATION: 1155 MILL ST, RENO NV, 89502

Read By:                      Read On:
Rangaswamy, Rajesh, M.D.      09/05/2013

This document has been electronically signed by: Rajesh Rangaswamy, M.D. on 09/05/2013  4:55 PM

Please contact the interpreting radiologist or any other Reno Radiological Associates radiologist if you have any questions about this report. We also welcome any other radiology related questions or comments. RRA is the most sub-specialized radiology group in northern Nevada, and you can contact us 24 hours a day, 7 days a week at Renown Medical Center • (775) 982-4492.

Renown X-Ray and Imaging-ROC
10085 Double R Blvd Suite 145
Reno, NV 89521-4867

Patient Name: Hamlett, Jessica L
Date of Birth: 3/18/1978
Medical Record Number: 0809188
CSN: 8505162833

Ordering Provider: Allen, Timothy J, D.C.
Ordering Address: 6155 Neil Rd
Reno NV 89511

Page 2 of 2