<mark>Paul J. Anderson, Esq.
Nevada State Bar No. 709
Kim G. Rowe, Esq.
Nevada State Bar No. 1962
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, NV 89519
Phone: (775) 827-2000
Fax: (775) 827-2185
*Attorneys for Defendant Renown Regional Medical Center*</mark>

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

GOLIGHTLY & VANNAH, PLLC,

   Plaintiffs,

vs.

HAL HAMLETT, an individual; JESSICA HAMLETT, an individual; JAIDYN HAMLETT, a minor; JONATHAN HOLLAND, a minor, REGIONAL EMERGENCY MEDICAL SERVICE AUTHORITY; CHRISTIAN PURGASON, D.O., dba NORTHERN NEVADA EMERGENCY PHYSICIANS; TJ ALLEN, LLC; RENOWN REGIONAL MEDICAL CENTER; RENO ORTHOPAEDIC CLINIC, LTD., DR. CHRISTENSEN; RENO RADIOLOGICAL ASSOCIATES, CHARTERED; ROBERT G. BERRY, JR., M.D., PROFESSIONAL CORPORATION dba ORTHOPEDIC REHABILITATION SPECIALISTS OF NV; UNIVERSAL SERVICES, INC.; OPERATING ENGINEERS FUNDS, INC., dba OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND; DOE Defendants I through X; ROE CORPORATION Defendants XI through XX,

   Defendants.
_____/

Case No. 3:16-cv-0144-MMD-VPC

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

1

It is hereby stipulated by and between the Parties, whether appearing pro per or through their undersigned counsel, that the above-entitled matter be dismissed with prejudice with respect to Defendant, Renown Regional Medical Center, a Nevada not for profit corporation, with all parties to bear their respective costs and attorney's fees.

Dated this ___ day of June, 2016.

GOLIGHTLY & VANNAH, PLLC

By: _____
    Robert D. Vannah, Esq., NSB #002503
    L. DiPaul Marrero, II, Esq. NSB #012441
    400 S. Seventh Street
    Suite 400
    Las Vegas, NV 89101
    *Attorneys for Plaintiff*

Dated this ___ day of June, 2016.

JENKINS LAW FIRM

By: _____
    Nathan M. Jenkins, Esq., NSB #560
    1895 Plumas Street, Suite 2
    Reno, NV 89509
    *Attorneys for Defendant Northern*
    *Nevada Operating Engineers*
    *Health and Welfare Trust Fund*

Dated this ___ day of June, 2016.

BOURASSA LAW GROUP

By: _____
    Mark J. Bourassa, Esq., NSB #7999
    Trent L. Richards, Esq., NSB #11448
    8668 Spring Mountain Road, Suite 101
    Las Vegas, NV 89117
    *Attorneys for Defendant, Universal*
    *Services, Inc.*

Dated this ___ day of June, 2016.

HAL HAMLETT, an individual

By: _____
    Hal Hamlett
    Pro Per

Dated this ___ day of June, 2016.

JESSICA HAMLETT, an individual

By: _____
    Jessica Hamlett
    Pro Per

Dated this ___ day of June, 2016.

JAIDYN HAMLETT, a minor, through her parent

By: _____
    JAIDYN Hamlett
    Pro Per

Dated this 8th day of June, 2016.

MAUPIN COX & LEGOY

By: _____
    Paul J. Anderson, Esq., NSB #709
    Kim G. Rowe, Esq., NSB #1962
    4785 Caughlin Parkway
    Reno, NV 89519
    *Attorneys for Defendant,*
    *Renown Regional Medical Center*

It is hereby stipulated by and between the Parties, whether appearing pro per or through their undersigned counsel, that the above-entitled matter be dismissed with prejudice with respect to Defendant, Renown Regional Medical Center, a Nevada not for profit corporation, with all parties to bear their respective costs and attorney's fees.

Dated this ___ day of June, 2016.

GOLIGHTLY & VANNAH, PLLC

By:_____
   Robert D. Vannah, Esq., NSB #002503
   L. DiPaul Marrero, II, Esq. NSB #012441
   400 S. Seventh Street
   Suite 400
   Las Vegas, NV 89101
   *Attorneys for Plaintiff*

Dated this 7th day of June, 2016.

JENKINS LAW FIRM

By: /s/ Nathan M. Jenkins
   Nathan M. Jenkins, Esq., NSB #560
   1895 Plumas Street, Suite 2
   Reno, NV 89509
   *Attorneys for Defendant Northern*
   *Nevada Operating Engineers*
   *Health and Welfare Trust Fund*

Dated this ___ day of June, 2016.

BOURASSA LAW GROUP

By:_____
   Mark J. Bourassa, Esq., NSB #7999
   Trent L. Richards, Esq., NSB #11448
   8668 Spring Mountain Road, Suite 101
   Las Vegas, NV 89117
   *Attorneys for Defendant, Universal*
   *Services, Inc.*

Dated this ___ day of June, 2016.

HAL HAMLETT, an individual

By: _____
   Hal Hamlett
   Pro Per

Dated this ___ day of June, 2016.

JESSICA HAMLETT, an individual

By: _____
   Jessica Hamlett
   Pro Per

Dated this ___ day of June, 2016.

JAIDYN HAMLETT, a minor, through her parent

By: _____
   JAIDYN Hamlett
   Pro Per

Dated this ___ day of June, 2016.

MAUPIN COX & LEGOY

By:_____
   Paul J. Anderson, Esq., NSB #709
   Kim G. Rowe, Esq., NSB #1962
   4785 Caughlin Parkway
   Reno, NV 89519
   *Attorneys for Defendant,*
   *Renown Regional Medical Center*

It is hereby stipulated by and between the Parties, whether appearing pro per or through their undersigned counsel, that the above-entitled matter be dismissed with prejudice with respect to Defendant, Renown Regional Medical Center, a Nevada not for profit corporation, with all parties to bear their respective costs and attorney's fees.

Dated this ___ day of June, 2016.

GOLIGHTLY & VANNAH. PLLC

By:_____
    Robert D. Vannah, Esq., NSB #002503
    L. DiPaul Marrero, II, Esq. NSB #012441
    400 S. Seventh Street
    Suite 400
    Las Vegas, NV 89101
    *Attorneys for Plaintiff*

Dated this ___ day of June, 2016.

JENKINS LAW FIRM

By:_____
    Nathan M. Jenkins, Esq., NSB #560
    1895 Plumas Street, Suite 2
    Reno, NV 89509
    *Attorneys for Defendant Northern*
    *Nevada Operating Engineers*
    *Health and Welfare Trust Fund*

Dated this 7th day of June, 2016.

BOURASSA LAW GROUP

By: /s/ _____
    Mark J. Bourassa, Esq., NSB #7999
    Trent L. Richards, Esq., NSB #11448
    8668 Spring Mountain Road, Suite 101
    Las Vegas, NV 89117
    *Attorneys for Defendant, Universal*
    *Services, Inc.*

Dated this ___ day of June, 2016.

HAL HAMLETT, an individual

By: _____
    Hal Hamlett
    Pro Per

Dated this ___ day of June, 2016.

JESSICA HAMLETT, an individual

By: _____
    Jessica Hamlett
    Pro Per

Dated this ___ day of June, 2016.

JAIDYN HAMLETT, a minor, through her parent

By: _____
    JAIDYN Hamlett
    Pro Per

Dated this ___ day of June, 2016.

MAUPIN COX & LEGOY

By: _____
    Paul J. Anderson, Esq., NSB #709
    Kim G. Rowe, Esq., NSB #1962
    4785 Caughlin Parkway
    Reno, NV 89519
    *Attorneys for Defendant,*
    *Renown Regional Medical Center*

It is hereby stipulated by and between the Parties, whether appearing pro per or through their undersigned counsel, that the above-entitled matter be dismissed with prejudice with respect to Defendant, Renown Regional Medical Center, a Nevada not for profit corporation, with all parties to bear their respective costs and attorney's fees.

Dated this ___ day of June, 2016.

GOLIGHTLY & VANNAH. PLLC

By:_____
   Robert D. Vannah, Esq., NSB #002503
   L. DiPaul Marrero, II, Esq. NSB #012441
   400 S. Seventh Street
   Suite 400
   Las Vegas, NV 89101
   *Attorneys for Plaintiff*

Dated this ___ day of June, 2016.

JENKINS LAW FIRM

By:_____
   Nathan M. Jenkins, Esq., NSB #560
   1895 Plumas Street, Suite 2
   Reno, NV 89509
   *Attorneys for Defendant Northern Nevada Operating Engineers Health and Welfare Trust Fund*

Dated this ___ day of June, 2016.

BOURASSA LAW GROUP

By:_____
   Mark J. Bourassa, Esq., NSB #7999
   Trent L. Richards, Esq., NSB #11448
   8668 Spring Mountain Road, Suite 101
   Las Vegas, NV 89117
   *Attorneys for Defendant, Universal Services, Inc.*

Dated this 8th day of June, 2016.

HAL HAMLETT, an individual

By: *Hal Hamlett*
   Hal Hamlett
   Pro Per

Dated this 8th day of June, 2016.

JESSICA HAMLETT, an individual

By: *Jessica R. Hamlett*
   Jessica Hamlett
   Pro Per

Dated this 8th day of June, 2016.

JAIDYN HAMLETT, a minor, through her parent

By: *Jessica R. Hamlett*
   JAIDYN Hamlett
   Pro Per

Dated this ___ day of June, 2016.

MAUPIN COX & LEGOY

By:_____
   Paul J. Anderson, Esq., NSB #709
   Kim G. Rowe, Esq., NSB #1962
   4785 Caughlin Parkway
   Reno, NV 89519
   *Attorneys for Defendant, Renown Regional Medical Center*

Dated this ___ day of June, 2016.

T.J. ALLEN, Pro Per

By: _____
T.J. Allen
1475 Terminal Way, Suite A4
Reno, NV 89502

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2016.

_____
UNITED STATES MAGISTRATE JUDGE