# Exhibit 3

.

.

.

.

# Exhibit 3

.

.

ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
L. DIPAUL MARRERO II, ESQ.
Nevada Bar No. 012441
**GOLIGHTLY & VANNAH, PLLC**
5555 Kietzke Lane, Suite 150
Reno, Nevada 89511
Telephone (775) 222-3333
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

GOLIGHTLY & VANNAH, PLLC,

                Plaintiff,

vs.

HAL HAMLETT, an individual; JESSICA
HAMLETT, an individual; JAIDYN HAMLETT,
a minor; JONATHAN HOLLAND, a minor;
REGIONAL EMERGENCY MEDICAL
SERVICE AUTHORITY; CHRISTIAN
PURGASON, D.O., dba NORTHERN NEVADA
EMERGENCY PHYSICIANS; TJ ALLEN, LLC;
RENOWN REGIONAL MEDICAL CENTER;
RENO ORTHOPAEDIC CLINIC, LTD., DR.
CHRISTENSEN; RENO RADIOLOGICAL
ASSOCIATES, CHARTERED; ROBERT G.
BERRY, JR., M.D. PROFESSIONAL
CORPORATION dba ORTHOPEDIC
REHABILITATION SPECIALISTS OF NV;
UNIVERSAL SERVICES, INC.; OPERATING
ENGINEERS FUNDS, INC. dba OPERATING
ENGINEERS HEALTH & WELFARE TRUST
FUND; DOE Defendants I through X; ROE
CORPORATION Defendants XI through XX,

                Defendants.

CASE NO.: 3:16-cv-00144-MMD-VPC

### STIPULATION FOR PLAINTIFF TO AMEND ITS COMPLAINT

It is hereby stipulated by and between the Parties, whether appearing pro per or through their

undersigned counsel, that Plaintiff be permitted to file an Amended Complaint in this matter naming

The Rawlings Company, LLC, as a Defendant in this matter, as that party is a claimant to the

settlement funds in this matter, and that Plaintiff be permitted to serve The Rawlings Company,

1

1  LLC, with a copy of said Amended Complaint, in order that it may have the opportunity to appear in

2  this matter related to its interest in the settlement funds.

3  Dated this ___ day of June, 2016.

4  GOLIGHTLY & VANNAH, PLLC

5

6  By:_____

7  L. DiPaul Marrero, II, Esq. NSB #012441
   5555 S. Kietzke Lane, Suite 150

8  Reno, Nevada 89511
   *Attorneys for Plaintiff*

9

10 Dated this ___ day of June, 2016.

11 JENKINS LAW FIRM

12 By:_____

13 Nathan M. Jenkins, Esq./NSB #560
   1895 Plumas Street, Suite 2

14 Reno, Nevada 89509
   *Attorneys for Defendant Northern Nevada Operating*

15 *Engineers Health and Welfare Trust Fund*

16 Dated this ___ day of June, 2016.

17

18 BOURASSA LAW GROUP

19

20 By:_____
   Mark J. Bourassa, Esq., NSB #7999

21 Trent L. Richards, Esq., NSB #011448
   8668 Spring Mountain Road, Suite 101

22 Las Vegas, Nevada 89117 ·
   *Attorneys for Defendant, Universal Services, Inc.*

23 Dated this ___ day of June, 2016.

24

25 HAL HAMLETT, an individual

26 By:_____

27 Hal Hamlett
   Pro Per

28

GOLIGHTLY & VANNAH, PLLC
5555 Kietzke Lane, Suite 150, Reno, Nevada 89511
Telephone (775) 222-3333 • Facsimile (775) 420-4182

2

Dated this ___ day of June, 2016.

JESSICA HAMLETT, an individual


By:_____
Jessica Hamlett
Pro Per

Dated this ___ day of June, 2016.

JAIDYN HAMLETT, a minor, through her parent


By:_____
Jaidyn Hamlett
Pro Per

Dated this ___ day of June, 2016.

T.J. ALLEN, Pro Per


By:_____
T.J. Allen
1475 Terminal Way, Suite A4
Reno, Nevada 89502

## ORDER

  IT IS SO ORDERED.

DATED this ____ day of _____, 2016


_____
UNITED STATES MAGISTRATE JUDGE

GOLIGHTLY & VANNAH, PLLC
5555 Kietzke Lane, Suite 150, Reno, Nevada 89511
Telephone (775) 222-3333 • Facsimile (775) 420-4182

3

ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
L. DIPAUL MARRERO, II, ESQ.
Nevada Bar No. 012441
**GOLIGHTLY & VANNAH, PLLC**
5555 Kietzke Lane, Suite 150
Reno, Nevada 89511
Telephone (775) 222-3333
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| GOLIGHTLY & VANNAH, PLLC,<br><br>Plaintiff,<br><br>vs.<br><br>HAL HAMLETT, an individual; JESSICA HAMLETT, an individual; JAIDYN HAMLETT, a minor; JONATHAN HOLLAND, a minor; REGIONAL EMERGENCY MEDICAL SERVICE AUTHORITY; CHRISTIAN PURGASON, D.O., dba NORTHERN NEVADA EMERGENCY PHYSICIANS; TJ ALLEN, LLC; RENOWN REGIONAL MEDICAL CENTER; RENO ORTHOPAEDIC CLINIC, LTD., DR. CHRISTENSEN; RENO RADIOLOGICAL ASSOCIATES, CHARTERED; ROBERT G. BERRY, JR., M.D. PROFESSIONAL CORPORATION dba ORTHOPEDIC REHABILITATION SPECIALISTS OF NV; UNIVERSAL SERVICES, INC.; OPERATING ENGINEERS FUNDS, INC. dba OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND; DOE Defendants I through X; ROE CORPORATION Defendants XI through XX,<br><br>Defendants. | CASE NO.: 3:16-cv-00144-MMD-VPC<br><br>**STIPULATION FOR PLAINTIFF TO AMEND ITS COMPLAINT** |

It is hereby stipulated by and between the Parties, whether appearing pro per or through their undersigned counsel, that Plaintiff be permitted to file an Amended Complaint in this matter naming The Rawlings Company, LLC, as a Defendant in this matter, as that party is a claimant to the settlement funds in this matter, and that Plaintiff be permitted to serve The Rawlings Company,

1

1  LLC, with a copy of said Amended Complaint, in order that it may have the opportunity to appear in

2  this matter related to its interest in the settlement funds.

3  Dated this ___ day of June, 2016.

4  GOLIGHTLY & VANNAH, PLLC

5

6  By:_____
7  L. DiPaul Marrero, II, Esq. NSB #012441
   5555 S. Kietzke Lane, Suite 150
8  Reno, Nevada 89511
   *Attorneys for Plaintiff*   .
9
   Dated this ___ day of June, 2016.
10
11  JENKINS LAW FIRM

12
   By:_____
13  Nathan M. Jenkins, Esq., NSB #560
   1895 Plumas Street, Suite 2
14  Reno, Nevada 89509
   *Attorneys for Defendant Northern Nevada Operating*
15  *Engineers Health and Welfare Trust Fund*

16  Dated this 7th day of June, 2016.

17
   BOURASSA LAW GROUP
18

19
   By:_____
20  Mark J. Bourassa, Esq., NSB #7999
   Trent L. Richards, Esq., NSB #011448
21  8668 Spring Mountain Road, Suite 101
   Las Vegas, Nevada 89117
22  *Attorneys for Defendant, Universal Services, Inc.*

23  Dated this ___ day of June, 2016.

24
   HAL HAMLETT, an individual
25

26  By:_____
27  Hal Hamlett
   Pro Per
28

GOLIGHTLY & VANNAH, PLLC
5555 Kietzke Lane, Suite 150, Reno, Nevada 89511
Telephone (775) 222-3333 • Facsimile (775) 420-4182

2

Dated this ___ day of June, 2016.

JESSICA HAMLETT, an individual


By:_____
Jessica Hamlett
Pro Per

Dated this ___ day of June, 2016.

JAIDYN HAMLETT, a minor, through her parent


By:_____
Jaidyn Hamlett
Pro Per

Dated this ___ day of June, 2016.

T.J. ALLEN, Pro Per


By:_____
T.J. Allen
1475 Terminal Way, Suite A4
Reno, Nevada 89502

<u>**ORDER**</u>

   IT IS SO ORDERED.

DATED this ____ day of _____, 2016


_____
UNITED STATES MAGISTRATE JUDGE

GOLIGHTLY & VANNAH, PLLC
5555 Kietzke Lane, Suite 150, Reno, Nevada 89511
Telephone (775) 222-3333 • Facsimile (775) 420-4182

3