# Exhibit 4

# Exhibit 4

ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
L. DIPAUL MARRERO II, ESQ.
Nevada Bar No. 012441
**GOLIGHTLY & VANNAH, PLLC**
5555 Kietzke Lane, Suite 150
Reno, Nevada 89511
Telephone (775) 222-3333
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

GOLIGHTLY & VANNAH, PLLC,

Plaintiff,

vs.

HAL HAMLETT, an individual; JESSICA HAMLETT, an individual; JAIDYN HAMLETT, a minor; JONATHAN HOLLAND, a minor; REGIONAL EMERGENCY MEDICAL SERVICE AUTHORITY; CHRISTIAN PURGASON, D.O., dba NORTHERN NEVADA EMERGENCY PHYSICIANS; TJ ALLEN, LLC; RENOWN REGIONAL MEDICAL CENTER; RENO ORTHOPAEDIC CLINIC, LTD., DR. CHRISTENSEN; RENO RADIOLOGICAL ASSOCIATES, CHARTERED; ROBERT G. BERRY, JR., M.D. PROFESSIONAL CORPORATION dba ORTHOPEDIC REHABILITATION SPECIALISTS OF NV; UNIVERSAL SERVICES, INC.; OPERATING ENGINEERS FUNDS, INC. dba OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND; DOE Defendants I through X; ROE CORPORATION Defendants XI through XX,

Defendants.

CASE NO.: 3:16-cv-00144-MMD-VPC

**STIPULATION FOR PLAINTIFF TO AMEND ITS COMPLAINT**

It is hereby stipulated by and between the Parties, whether appearing pro per or through their undersigned counsel, that Plaintiff be permitted to file an Amended Complaint in this matter naming The Rawlings Company, LLC, as a Defendant in this matter, as that party is a claimant to the settlement funds in this matter, and that Plaintiff be permitted to serve The Rawlings Company,

1

LLC, with a copy of said Amended Complaint, in order that it may have the opportunity to appear in this matter related to its interest in the settlement funds.

Dated this ___ day of June, 2016.

GOLIGHTLY & VANNAH, PLLC

By:_____
L. DiPaul Marrero, II, Esq. NSB #012441
5555 S. Kietzke Lane, Suite 150
Reno, Nevada 89511
*Attorneys for Plaintiff*

Dated this ___ day of June, 2016.

JENKINS LAW FIRM

By:_____
Nathan M. Jenkins, Esq., NSB #560
1895 Plumas Street, Suite 2
Reno, Nevada 89509
*Attorneys for Defendant Northern Nevada Operating Engineers Health and Welfare Trust Fund*

Dated this ___ day of June, 2016.

BOURASSA LAW GROUP

By:_____
Mark J. Bourassa, Esq., NSB #7999
Trent L. Richards, Esq., NSB #011448
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
*Attorneys for Defendant, Universal Services, Inc.*

Dated this ___ day of June, 2016.

HAL HAMLETT, an individual

By:_____
Hal Hamlett
Pro Per

Dated this ___ day of June, 2016.

JESSICA HAMLETT, an individual

By:_____
Jessica Hamlett
Pro Per

Dated this ___ day of June, 2016.

JAIDYN HAMLETT, a minor, through her parent

By:_____
Jaidyn Hamlett
Pro Per

Dated this ___ day of June, 2016.

T.J. ALLEN, Pro Per

By:_____
T.J. Allen
1475 Terminal Way, Suite A4
Reno, Nevada 89502

## ORDER

IT IS SO ORDERED.

DATED this ___ day of _____, 2016

_____
UNITED STATES MAGISTRATE JUDGE