# Exhibit 5

# Exhibit 5

# JENKINS LAW FIRM
### ATTORNEYS AT LAW

April 25, 2014

Chad M. Golightly, Esq.
Golightly & Vannah
5555 Kietzke Lane, Suite 150
Reno, NV 89511

RE:  Subrogation: Hal Hamlett, Jessica Hamlett, and Jaidyn Hamlett
     Member: Hal A. Hamlett
     Fund: Operating Engineers Health & Welfare Trust Fund

Dear Mr. Golightly:

Enclosed please find documentation showing payments in the amount of $1,270.29 for Jaidyn Hamlett and $33,570.05 for Hal Hamlett made to medical care providers on their behalf by the above-noted Trust Fund arising out of their accident on August 2, 2013. Additionally, the Trust Fund has paid $71.47 for prescriptions for Hal Hamlett, for a total of $33,641.52. *This amount is subject to change if additional medical bills are submitted and /or paid for this injury.*

This letter and enclosure(s) contain protected health information (PHI) which is protected under the Health Insurance Portability and Accountability Act ("HIPPA"), its implementing privacy and security regulations, and the Health Information Technology for Economic and Clinical Health Act ("HITECH Act"). The PHI is disclosed to you at your request upon the condition that it will remain confidential and that you will not use or further disclose the PHI other than as permitted or required by law.

Please advise as to the status of this matter at your earliest convenience.

Sincerely yours,

Vickie I. Perry, CLA

vp
encl.

501 HAMMILL LANE · RENO, NEVADA 89511-1004 · TELEPHONE (775) 829-7800 ; FAX (775) 829-0511