NATHAN M. JENKINS (560)
JENKINS LAW FIRM
1895 Plumas Street, Suite 2
Reno, NV 89509
(775) 829-7800
Attorneys for Defendant Northern Nevada Operating
 Engineers Health and Welfare Trust Fund

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GOLIGHTLY & VANNAH, PLLC,<br><br>    Plaintiff,<br><br>vs.<br><br>HAL HAMLETT, an individual; JESSICA HAMLETT, an individual; JAIDYN HAMLETT, a minor; JONATHAN HOLLAND, a minor; REGIONAL EMERGENCY MEDICAL SERVICE AUTHORITY; CHRISTIAN PURGASON, D.O. dba NORTHERN NEVADA EMERGENCY PHYSICIANS; TJ ALLEN, LLC; RENOWN REGIONAL MEDICAL CENTER; RENO ORTHOPAEDIC CLINIC, LTD., DR. CHRISTENSEN; RENO RADIOLOGICAL ASSOCIATES, CHARTERED; ROBERT G. BERRY, JR., M.D. PROFESSIONAL CORPORATION dba ORTHOPEDIC REHABILITATION SPECIALISTS OF NV; UNIVERSAL SERVICES, INC.; OPERATING ENGINEERS FUNDS, INC. dba OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND; DOE Defendants I through X; ROE CORPORATION Defendants XI through XX,<br><br>    Defendant.<br>_____/ | Case No. 3:16-cv-00144-MMD-VPC<br><br>**OPPOSITION TO MOTION TO AMEND COMPLAINT** |

       Defendant Northern Nevada Operating Engineers Health and Welfare Trust Fund, named in the Complaint in Interpleader as Operating Engineer Funds, Inc. dba Operating Engineers Health and Welfare Trust Fund, by and through its undersigned counsel, hereby opposes and submits its memorandum in opposition to Plaintiff's Motion to Amend Complaint (#25).

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. FACTUAL BACKGROUND

Defendants Hal Hamlett, Jessica Hamlett, Jaidyn Hamlett, and Jonathan Holland ("Hamlett Defendants") suffered injuries in a motor vehicle accident on August 2, 2013. Thereafter, Hamlett Defendants retained Plaintiff Golightly & Vannah, PLLC ("Personal Injury Attorneys") under a contingent fee agreement to represent their interests. Shortly after their retention, Personal Injury Attorneys learned of the Hamlett Defendants' medical providers and medical bills. Personal Injury Attorneys knew all about all of Hamlett Defendants' medical providers and lien holders, including The Rawlings Company, LLC ("Rawlings") for years.

Despite knowing of Rawlings' interests before settlement of the personal injury claims and before filing the Complaint in Interpleader on March 25, 2016, Personal Injury Attorneys did not name Rawlings as a defendant in the Interpleader action it filed.

Moreover, Personal Injury Attorneys did not file a motion for leave to amend before June 21, 2016, the last day to amend pleadings set forth in this Court's Joint Case Management Order (#19). Northern Nevada Operating Engineers Health and Welfare Trust Fund stipulated to allow Personal Injury Attorneys to amend its Complaint in Interpleader because the stipulation was requested before the cut-off date for amending pleadings. Even after receiving that stipulation, Personal Injury Attorneys did not timely seek to amend before June 21, 2016. After June 21, 2016, Northern Nevada Operating Engineers Health and Welfare Trust Fund informed Personal Injury Attorneys they had failed to timely seek an amendment. (Ex. "1.")

## II. ARGUMENT

Rule 15(a) of the Federal Rules of Civil Procedure directs a court to permit a party to amend its pleading "when justice so requires." However, courts properly exercise their discretion to deny amendment where the substance of the amendment was known at the time the action was filed and there is no excusable reason why the matter was not alleged in the original pleading, or an amendment was not sought before the deadline for amendment passed. *Coonce v. Aetna Life Insurance Co.*, 777 F.Supp. 759, 773 (W.D. Mo. 1991). "Thus, for example, leave to amend has been denied when the moving party knew about the facts on which the proposed

amendment was based but omitted the necessary allegations from the original pleading." Wright & Miller, *Federal Practice and Procedure,* §1488 at 809.

Personal Injury Attorneys do not provide any excusable reason why they did not include Rawlings as a party to the Complaint in Interpleader at the time it was filed, or within the time to amend pleadings as ordered by the Court. Consequently, the Court may, in its discretion, deny Personal Injury Attorneys' Motion to Amend Complaint.

### III.  CONCLUSION

Northern Nevada Operating Engineers Health and Welfare Trust Fund respectfully submits the Motion to Amend Complaint be denied.

DATED this __15th__ day of July, 2016.

                JENKINS LAW FIRM
                Attorneys for Defendant Northern Nevada Operating
                Engineers Health and Welfare Trust Fund

                By: _____
                      NATHAN M. JENKINS
                      1895 Plumas Street, Suite 2
                      Reno, NV  89509

JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800 Fax (775) 829-0511

CERTIFICATE OF SERVICE

I certify that I am an employee of JENKINS LAW FIRM and that on this date the within document entitled **OPPOSITION TO MOTION TO AMEND COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorney of record set forth below:

Robert D. Vannah, Esq.,
L. Dipaul Marrero II, Esq.
Golightly & Vannah, PLLC
5555 Kietzke Lane, Suite 150
Reno, NV 89511
*Attorneys for Plaintiff*

Mark J. Bourassa, Esq.
Trent L. Richards, Esq.
The Bourassa Law Group, LLC
8668 Spring Mountain Road, Suite 101
Las Vegas, NV 89117
*Attorneys for Defendant Universal Services, Inc.*

and that on this date I deposited for mailing at Reno, Nevada a true copy of the within document addressed to:

Regional Emergency Medical Services Authority
Lisa Cote
450 Edison Way
Reno, NV 89502

Linda Haering, agent for
Christian Purgason
Northern Nevada Emergency Physicians
3700 Barron Way
Reno, NV 89511

TJ Allen, LLC
1475 Terminal Way, Suite A4
Reno, NV 89502

Jan Olivero
Maupin Cox & Legoy
Resident Agent
Reno Orthopaedic Clinc
Dr. Christensen
4785 Caughlin Pkwy
PO Box 30000
Reno, NV 89520

Michele Calkins, PARASEC
Resident Agent
Reno Radiological Associates Chartered
318 N Carson Street, #208
Carson City, NV 89701

Julia S. Gold, Esq.
Resident Agent
Robert G. Berry, Jr., M.D.
548 W Plumb Ave, Suite B
Reno, NV 89509

DATED this __15__ day of July, 2016.

*/s/ Vickie Perry*