ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
L. DIPAUL MARRERO II, ESQ.
Nevada Bar No. 012441
**GOLIGHTLY & VANNAH, PLLC**
5555 Kietzke Lane, Suite 150
Reno, Nevada 89511
Telephone (775) 222-3333
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

GOLIGHTLY & VANNAH, PLLC,

    Plaintiff,

vs.

HAL HAMLETT, an individual; JESSICA
HAMLETT, an individual; JAIDYN HAMLETT,
a minor; JONATHAN HOLLAND, a minor;
REGIONAL EMERGENCY MEDICAL
SERVICE AUTHORITY; CHRISTIAN
PURGASON, D.O., dba NORTHERN NEVADA
EMERGENCY PHYSICIANS; TJ ALLEN, LLC;
RENOWN REGIONAL MEDICAL CENTER;
RENO ORTHOPAEDIC CLINIC, LTD., DR.
CHRISTENSEN; RENO RADIOLOGICAL
ASSOCIATES, CHARTERED; ROBERT G.
BERRY, JR., M.D. PROFESSIONAL
CORPORATION dba ORTHOPEDIC
REHABILITATION SPECIALISTS OF NV;
UNIVERSAL SERVICES, INC.; OPERATING
ENGINEERS FUNDS, INC. dba OPERATING
ENGINEERS HEALTH & WELFARE TRUST
FUND; DOE Defendants I through X; ROE
CORPORATION Defendants XI through XX,

    Defendants.

CASE NO.: 3:16-cv-00144-MMD-VPC

**REPLY TO OPPOSITION TO MOTION
TO AMEND COMPLAINT**

COMES NOW, Plaintiff, GOLIGHTLY & VANNAH, PLLC, by and through its attorneys,

ROBERT D. VANNAH, ESQ., and L. DIPAUL MARRERO II, ESQ., and hereby files its Reply to

Defendant Northern Nevada Operating Engineers Health and Welfare Trust Fund's Opposition to

Plaintiff's Motion To Amend Complaint. This Reply is made pursuant to Federal Rule of Civil

GOLIGHTLY & VANNAH, PLLC
5555 Kietzke Lane, Suite 150, Reno, Nevada 89511
Telephone (775) 222-3333 • Facsimile (775) 420-4182

1   Procedure 15, the accompanying memorandum of Points and Authorities, the pleadings and

2   documents on file herein, and any oral argument at the hearing on the matter.

3        Dated this 2̲5̲ day of July, 2016.

4

5                                              GOLIGHTLY & VANNAH, PLLC

6

7                                              L. DIPAUL MARRERO II, ESQ.

8                                              5555 S. Kietzke Lane, Suite 150

9                                              Reno, Nevada 89511
                                               *Attorneys for Plaintiff*

10

11  ///

12  ///

13  ///

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOLIGHTLY & VANNAH, PLLC
5555 Kietzke Lane, Suite 150, Reno, Nevada 89511
Telephone (775) 222-3333 • Facsimile (775) 420-4182

2

GOLIGHTLY & VANNAH, PLLC
5555 Kietzke Lane, Suite 150, Reno, Nevada 89511
Telephone (775) 222-3333 • Facsimile (775) 420-4182

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## ARGUMENT

**A.      The Law in the Ninth Circuit is Clear, Leave To Amend Shall Be Freely Given:**

As Defendant Northern Nevada Operating Engineers Health & Welfare Trust Fund (hereinafter "Northern Nevada") is well aware, in the Ninth Circuit, the consideration of prejudice to the opposing party carries the greatest weight in determining whether to grant leave to amend a Complaint. DCD Programs, Ltd. v. Leighton, 833 F.2d 183, 185 (9th Cir. 1987). Absent prejudice, or a strong showing of any of the remaining Foman v. Davis[1] factors, there exists a presumption under Rule 15(a) in favor of granting leave to amend.  The party opposing amendment bears the burden of showing prejudice. Id.

Northern Nevada has not claimed any prejudice as to Plaintiff's Motion to Amend Complaint, because it cannot.  Defendant Northern Nevada's claim is related to Defendant Hal Hamlett's medical treatment, its payment for some of that treatment, and Hal Hamlett's personal injury settlement.  Plaintiff's Motion to Amend Complaint relates solely to a claimant to Jessica Hamlett's personal injury settlement.  Whether an additional party is added to this action related to Jessica Hamlett's personal injury settlement, cannot either benefit nor harm Northern Nevada, because its claim to Hal Hamlett's personal injury settlement is independent of those claims to Jessica Hamlett's personal injury settlement.  Northern Nevada agreed that Plaintiff could amend its Complaint in the Stipulation it signed on June 9, 2016.  Northern Nevada opposed Plaintiff's Motion to amend its Complaint on July 15, 2016.

---

1 Foman v. Davis, 371 U.S. 178, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962) (holding that absent undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficient by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc., the leave sough should, as the rules require, be freely given.)

Plaintiff will also note that it was not even clear to Defendant Renown Regional Medical Center at the time of the filing of Plaintiff's Complaint as to whether they were in fact entitled to make a claim to the settlement proceeds from Jessica Hamlett's personal injury settlement, evidenced by their retaining counsel and filing an Answer to Plaintiff's Complaint in Interpleader. Good cause exists to grant Plaintiff's Motion to Amend Complaint. Absent amendment of Plaintiff's Complaint to bring in The Rawlings Company, LLC, Plaintiff anticipates The Rawlings Company, LLC will seek to intervene in this action in order to assert its rights.

### III.

### CONCLUSION

No party will suffer any material prejudice by granting Plaintiff leave to amend its Complaint. The Rawlings Company, LLC is on notice of this interpleader action and has informed Plaintiff that they intend to move to intervene in this matter absent an Order granting Plaintiff leave to amend its Complaint. Not granting Plaintiff leave to amend will only serve to delay these proceedings, which lamentably already have been delayed due to multiple parties failure to attend the Court ordered settlement conference on July 11, 2016. Therefore, Plaintiff respectfully requests for an Order from this Court granting Plaintiff's Motion.

DATED this 25 day of July, 2016.

GOLIGHTLY & VANNAH, PLLC

L. DIPAUL MARRERO II, ESQ.

**CERTIFICATION OF SERVICE**

Pursuant to FRCP 5, I certify that on this date, I served the foregoing **REPLY TO OPPOSITION TO MOTION TO AMEND COMPLAINT** on all parties to this action by:

_____   Facsimile

X   Mail

Addressed as follows:

Trent L. Richards, Esq.
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
*Attorneys for Defendant, Universal Services, Inc.*

Nathan M. Jenkins, Esq.
1895 Plumas Street, Suite 2
Reno, Nevada 89509
*Attorneys for Defendant Northern Nevada Operating Engineers Health and Welfare Trust Fund*

Hal, Jessica, and Jaidyn Hamlett, and Jonathan Holland
1150 E. Crystal Canyon Ct.
Reno, Nevada 89508
*Defendants in Proper Person*

TJ Allen, LLC
1475 Terminal Way, A4
Reno, Nevada 89502
*Defendant*

Dated this 25 day of July, 2016.

An employee of the law firm of
GOLIGHTLY & VANNAH, PLLC

GOLIGHTLY & VANNAH, PLLC
5555 Kietzke Lane, Suite 150, Reno, Nevada 89511
Telephone (775) 222-3333 • Facsimile (775) 420-4182