MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com
*Attorneys for Defendant Universal Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLIGHTLY & VANNAH, PLLC | Case No: 3:16-cv-00144-MMD-VPC |
| Plaintiff, | |
| vs. | |
| HAL HAMLETT, an individual; JESSICA HAMLETT, an individual; JAIDYN HAMLETT, a minor; JONATHAN HOLLAND, a minor; REGIONAL EMERGENCY MEDICAL SERVICE AUTHORITY; CHRISTIAN PURGASON, D.O., dba NORTHERN NEVADA EMERGENCY PHYSICIANS; TJ ALLEN, LLC; RENOWN REGIONAL MEDICAL CENTER; RENO ORTHOPAEDIC CLINIC, LTD., DR. CHRISTENSEN; RENO RADIOLOGICAL ASSOCIATES, CHARTERED; ROBERT G. BERRY, JR., M.D. PROFESSIONAL CORPORATION dba ORTHOPEDIC REHABILITATION SPECIALISTS OF NV; UNIVERSAL SERVICES, INC.; OPERATING ENGINEERS FUNDS, INC. dba OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND; THE RAWLINGS COMPANY, LLC; DOE Defendants I through X; ROE CORPORATION Defendants XI through XX, | **DEFENDANT UNIVERSAL SERVICES, LLC'S MOTION TO DISBURSE INTERPLEADER FUNDS AS TO DEFENDANT JESSICA HAMLETT ONLY** |
| Defendants. | |

**DEFENDANT UNIVERSAL SERVICES, INC.'S MOTION TO DISBURSE INTERPLEADER FUNDS AS TO DEFENDANT JESSICA HAMLETT ONLY**

Defendant, Universal Services, Inc. (hereinafter "USI") by and through its attorneys of record, Mark J. Bourassa, Esq. and Trent L. Richards, Esq. of The Bourassa Law Group, hereby moves this Court to enter an Order disbursing interpleader funds as to Defendant Jessica Hamlett only. This Motion is made pursuant to Federal Rule of Civil Procedure 22, the accompanying memorandum of Points and Authorities, any exhibits attached hereto, the pleadings and documents on file herein, and any oral argument at a hearing on the matter.

DATED this 10th day of October, 2016.

**THE BOURASSA LAW GROUP**

*/s/ Mark J. Bourassa, Esq.*
MARK J BOURASSA, ESQ.
Nevada State Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada State Bar No. 11448
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
*Attorneys for Universal Services, Inc.*

**I.  PROCEDURAL HISTORY**

On August 2, 2013, Defendant Jessica Hamlett was injured in an automobile collision caused by one David Howard. Plaintiff, Golightly & Vannah, PLLC settled Jessica Hamlett's claim(s) in the total amount of $11,240.00.

Purportedly Defendant Jessica Hamlett's medical providers relating to the automobile collision would not accept a proposed settlement regarding the disbursement of the settlement proceeds, thus this Interpleader was necessary to prevent Plaintiff from being liable to any one medical provider.

Plaintiff filed a Complaint in Interpleader in the Second Judicial District Court on March 24, 2016. On or about March 15, 2016, the case was removed to the United States District Court, District of Nevada.

## II.     FACTS

Plaintiff initially was retained by Defendant Jessica Hamlett in response to the accident. The retainer agreement purportedly provides that Plaintiff shall recover thirty-three and one third percent (33 1/3%) of the settlement proceeds plus costs of litigation.[1] Therefore, in the event the attorney lien is valid, Plaintiff is entitled to $3,746.67 for attorney fees and $180.00 in costs, for a total of $3,926.67 as it relates to Jessica Hamlett.

Jessica Hamlett's original medical bills relating to the subject accident totaled as follows, along with an indication as to whether each Defendant filed an Answer or was defaulted:

| Defendant | Amount | Answer or Default |
| --- | --- | --- |
| Jessica Hamlett | | Answered |
| Christian Purgason, D.O. dba Northern Nevada Emergency Physicians | $2,185.00 | Defaulted |
| TJ Allen, LLC | $2,255.00 | Answered |
| Regional Emergency Medical Service Authority | $1,093.00 | Defaulted |
| Reno Orthopaedic Clinic LTD., | $1,728.00 | Defaulted |
| Reno Radiological Associates, Chartered | $945.45 | Defaulted |
| Robert G. Berry, Jr. M.D. Processional Corporation dba Orthopedic Rehabilitation Specialists of NV | $884.00 | Defaulted |
| Universal Services, Inc. | $1,728.00 | Answered |
| The Rawlings Company | $27,303.05 | Disclaimed Interest |

## III.    ANALYSIS

Defendant USI proposes the following breakdown in distribution of the $11,240.00 which Jessica Hamlett recovered in her personal injury claim:

\\\

---

[1] For purposes of this instant Motion only, Defendant assumes that the Plaintiff's attorney lien is valid.

    a.  **Golightly & Associates:**

| | |
|---|---|
| 1/3 of settlement proceeds (Retainer Agreement) | $3,746.67 |
| Costs | $   180.00 |
| Total due Golightly & Associates: | $3,926.67 |
| Amount remaining to be disbursed to answering defendants: | $7,313.33 |

    b.  **Medical Providers Who Filed Answer in This Matter:**
        (In full satisfaction of medical bills for Jessica Hamlett)

| | |
|---|---|
| TJ Allen, LLC | $2,255.00 |
| Universal Services, Inc. | $1,728.00 |
| **Total due Answering Medical Providers** | **$3,983.00** |
| Amount remaining to be disbursed to Jessica Hamlett | $3,330.33 |

## IV.  CONCLUSION

Defendant Universal Services, Inc. believes the above-proposed disbursals are fair and equitable. USI therefore requests that this Honorable Court order the total recovery as to Defendant Jessica Hamlett of $11,240.00 be disbursed as follows:

| | | |
|---|---|---|
| 1. | Golightly & Associates | $3,926.67 |
| 2. | TJ Allen, LLC | $2,255.00 |
| 3. | Universal Services, Inc. | $1,728.00 |
| 4. | Jessica Hamlett | $3,330.33 |

DATED this <u>10th</u> day of October, 2016.

                                                                  **THE BOURASSA LAW GROUP**

                                                                  */s/ Mark J. Bourassa, Esq.*
                                                                  MARK J BOURASSA, ESQ.
Nevada State Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada State Bar No. 11448
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
*Attorneys for Universal Services, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **UNIVERSAL SERVICES, INC.'S MOTION TO DISBURSE INTERPLEADER FUNDS AS TO DEFENDANT JESSICA HAMLETT ONLY** was filed via the Court's electronic filing service and available for downloading on the court's CM/ECF website.

The undersigned further certifies that a true and correct copy of the aforementioned document was served by mailing a copy thereof, first class mail, postage prepaid, this 10 day of October, 2016 as follows:

| | |
|---|---|
| Golightly & Vannah, PLLC<br>5555 S Kietzke Lane, Suite 150<br>Reno NV 89511<br>*Attorneys for Plaintiff* | TJ Allen, LLC<br>1475 Terminal Way, Suite A4<br>Reno NV 89502<br>*Defendant In Proper Person* |
| Hal Hamlett<br>Jessica Hamlett<br>Jaidyn Hamlett<br>Jonathan Holland<br>17185 Aquamarine Drive<br>Reno NV 89502<br>*Defendants in Proper Person* | Courtenay Wilson<br>Associate General Counsel to<br>The Rawlings Company, LLC<br>PO Box 2000<br>La Grange KY 40031 |
| Nathan M. Jenkins<br>Jenkins Law Firm<br>1895 Plumas St, Suite 2<br>Reno NV 89509<br>*Attorneys for Northern Nevada Operating<br>Engineers Health and Welfare Trust Fund* | |

         */s/ Hilary Daniels*
         An employee of
         The Bourassa Law Group