NATHAN M. JENKINS (560)
JENKINS LAW FIRM
1895 Plumas Street, Suite 2
Reno, NV 89509
(775) 829-7800
Attorneys for Defendant Northern Nevada Operating
 Engineers Health and Welfare Trust Fund

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GOLIGHTLY & VANNAH, PLLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HAL HAMLETT, an individual; JESSICA HAMLETT, an individual; JAIDYN HAMLETT, a minor; JONATHAN HOLLAND, a minor; REGIONAL EMERGENCY MEDICAL SERVICE AUTHORITY; CHRISTIAN PURGASON, D.O. dba NORTHERN NEVADA EMERGENCY PHYSICIANS; TJ ALLEN, LLC; RENOWN REGIONAL MEDICAL CENTER; RENO ORTHOPAEDIC CLINIC, LTD., DR. CHRISTENSEN; RENO RADIOLOGICAL ASSOCIATES, CHARTERED; ROBERT G. BERRY, JR., M.D. PROFESSIONAL CORPORATION dba ORTHOPEDIC REHABILITATION SPECIALISTS OF NV; UNIVERSAL SERVICES, INC.; OPERATING ENGINEERS FUNDS, INC. dba OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND; DOE Defendants I through X; ROE CORPORATION Defendants XI through XX,<br><br>　　　　Defendant. | Case No. 3:16-cv-00144-MMD-VPC<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT UNIVERSAL SERVICES, LLC'S MOTION TO DISBURSE INTERPLEADER FUNDS AS TO DEFENDANT JESSICA HAMLETT ONLY** |

　　　　Defendant Northern Nevada Operating Engineers Health and Welfare Trust Fund, named in the Complaint in Interpleader as Operating Engineer Funds, Inc. dba Operating Engineers Health and Welfare Trust Fund, by and through its undersigned counsel, hereby gives notice of its non-opposition to Defendant Universal Services, LLC's Motion to Disburse Interpleader

1

1 | Funds as to Defendant Jessica Hamlett Only (ECF No. 43) filed October 10, 2016 in the above-
2 | entitled matter.

DATED this ___18th___ day of October, 2016.

JENKINS LAW FIRM
Attorneys for Defendant Northern Nevada Operating
Engineers Health and Welfare Trust Fund

By: _____
NATHAN M. JENKINS
1895 Plumas Street, Suite 2
Reno, NV 89509

JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800  Fax (775) 829-0511

## CERTIFICATE OF SERVICE

I certify that I am an employee of JENKINS LAW FIRM and that on this date the within document entitled **NOTICE OF NON-OPPOSITION TO DEFENDANT UNIVERSAL SERVICES, LLC'S MOTION TO DISBURSE INTERPLEADER FUNDS AS TO DEFENDANT JESSICA HAMLETT ONLY** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorney of record set forth below:

Robert D. Vannah, Esq.,
L. Dipaul Marrero II, Esq.
Golightly & Vannah, PLLC
5555 Kietzke Lane, Suite 150
Reno, NV 89511
*Attorneys for Plaintiff*

Mark J. Bourassa, Esq.
Trent L. Richards, Esq.
The Bourassa Law Group, LLC
8668 Spring Mountain Road, Suite 101
Las Vegas, NV 89117
*Attorneys for Defendant Universal Services, Inc.*

and that on this date I deposited for mailing at Reno, Nevada a true copy of the within document addressed to:

Jessica Hamlett
17185 Aquamarine Drive
Reno, NV 89508

TJ Allen, LLC
1475 Terminal Way, Suite A4
Reno, NV 89502

DATED this __18__ day of October, 2016.

_____
Dixie Perry