NATHAN M. JENKINS (560)
JENKINS LAW FIRM
1895 Plumas Street, Suite 2
Reno, NV 89509
(775) 829-7800
Attorneys for Defendant Northern Nevada Operating
 Engineers Health and Welfare Trust Fund

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GOLIGHTLY & VANNAH, PLLC,<br><br>  Plaintiff,<br><br>vs.<br><br>HAL HAMLETT, an individual; JESSICA HAMLETT, an individual; JAIDYN HAMLETT, a minor; JONATHAN HOLLAND, a minor; REGIONAL EMERGENCY MEDICAL SERVICE AUTHORITY; CHRISTIAN PURGASON, D.O. dba NORTHERN NEVADA EMERGENCY PHYSICIANS; TJ ALLEN, LLC; RENOWN REGIONAL MEDICAL CENTER; RENO ORTHOPAEDIC CLINIC, LTD., DR. CHRISTENSEN; RENO RADIOLOGICAL ASSOCIATES, CHARTERED; ROBERT G. BERRY, JR., M.D. PROFESSIONAL CORPORATION dba ORTHOPEDIC REHABILITATION SPECIALISTS OF NV; UNIVERSAL SERVICES, INC.; OPERATING ENGINEERS FUNDS, INC. dba OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND; DOE Defendants I through X; ROE CORPORATION Defendants XI through XX,<br><br>  Defendant.<br>_____/ | Case No. 3:16-cv-00144-MMD-VPC<br><br>**NOTICE OF SETTLEMENT** |

COMES NOW, Plaintiff Golightly & Vannah, Defendants Northern Nevada Operating Engineers Health & Welfare Trust Fund, named in the Complaint in Interpleader as Operating Engineers Funds, Inc. dba Operating Engineers Health & Welfare Trust Fund ("Defendant Trust Fund"), by and through their undersigned counsel, TJ Allen, LLC, in pro per, and Hal Hamlett, in pro per for himself and his minor child Jaidyn Hamlett, and hereby notify the Court that a

1

settlement has been reached regarding the distribution of the settlement funds recovered by Golightly and Vannah on behalf of Hal Hamlett and his minor child Jaidyn Hamlett.

Counsel respectfully requests the Court's permission to have until December 8, 2016 to file a stipulation to disburse interpleader funds as to Defendants Hal Hamlett and his minor child Jaidyn Hamlett, and to dismiss the interpleader action with prejudice with respect to Defendants Trust Fund, TJ Allen, LLC, Hal Hamlett and his minor child Jaidyn Hamlett.

DATED this 18th day of November, 2016.

JENKINS LAW FIRM
Attorneys for Defendant Northern Nevada Operating Engineers Health and Welfare Trust Fund

By: _____
NATHAN M. JENKINS
1895 Plumas Street, Suite 2
Reno, NV 89509

DATED this 18th day of November, 2016.

GOLIGHTLY & VANNAH, PLLC
Attorneys for Plaintiff

By: /s/ L. DiPaul Marrero
ROBERT D. VANNAH (NV Bar 2503)
L. DIPAUL MARRERO II (NV Bar 12441)
5555 Kietzke Lane, Suite 150
Reno, NV 89511

DATED this 18th day of November, 2016.

DEFENDANT TJ ALLEN, LLC, in pro per

By: /s/ TJ Allen
TJ ALLEN, LLC
1475 Terminal Way, Suite A4
Reno, NV 89502
775-770-2225

///
///
///

2

DATED this 18th day of November, 2016.

                DEFENDANT HAL HAMLETT, in pro per

                By:  */s/ Hal Hamlett*
                      HAL HAMLETT
                      17185 Aquamarine Drive
                      Reno, NV 89508

DATED this 18th day of November, 2016.

                DEFENDANT HAL HAMLETT on behalf of his minor child JAIDYN HAMLETT, in pro per

                By:  */s/ Hal Hamlett*
                      HAL HAMLETT
                      17185 Aquamarine Drive
                      Reno, NV 89508

JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800  Fax (775) 829-0511

# CERTIFICATE OF SERVICE

I certify that I am an employee of JENKINS LAW FIRM and that on this date the within document entitled **NOTICE OF SETTLEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorney of record set forth below:

Robert D. Vannah, Esq.,
L. Dipaul Marrero II, Esq.
Golightly & Vannah, PLLC
5555 Kietzke Lane, Suite 150
Reno, NV  89511
*Attorneys for Plaintiff*

Mark J. Bourassa, Esq.
Trent L. Richards, Esq.
The Bourassa Law Group, LLC
8668 Spring Mountain Road, Suite 101
Las Vegas, NV  89117
*Attorneys for Defendant Universal Services, Inc.*

and that on this date I deposited for mailing at Reno, Nevada a true copy of the within document addressed to:

Jessica Hamlett
17185 Aquamarine Drive
Reno, NV 89508

TJ Allen, LLC
1475 Terminal Way, Suite A4
Reno, NV  89502

DATED this  18  day of November, 2016.

_Vickie Perry_

JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800  Fax (775) 829-0511