NATHAN M. JENKINS (560)
JENKINS LAW FIRM
1895 Plumas Street, Suite 2
Reno, NV 89509
(775) 829-7800
Attorneys for Defendant Northern Nevada Operating
  Engineers Health and Welfare Trust Fund

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GOLIGHTLY & VANNAH, PLLC,<br><br>Plaintiff,<br><br>vs.<br><br>HAL HAMLETT, an individual; JESSICA HAMLETT, an individual; JAIDYN HAMLETT, a minor; JONATHAN HOLLAND, a minor; REGIONAL EMERGENCY MEDICAL SERVICE AUTHORITY; CHRISTIAN PURGASON, D.O. dba NORTHERN NEVADA EMERGENCY PHYSICIANS; TJ ALLEN, LLC; RENOWN REGIONAL MEDICAL CENTER; RENO ORTHOPAEDIC CLINIC, LTD., DR. CHRISTENSEN; RENO RADIOLOGICAL ASSOCIATES, CHARTERED; ROBERT G. BERRY, JR., M.D. PROFESSIONAL CORPORATION dba ORTHOPEDIC REHABILITATION SPECIALISTS OF NV; UNIVERSAL SERVICES, INC.; OPERATING ENGINEERS FUNDS, INC. dba OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND; DOE Defendants I through X; ROE CORPORATION Defendants XI through XX,<br><br>Defendant.<br>_____/ | Case No. 3:16-cv-00144-MMD-VPC<br><br>**JOINT MOTION TO DISBURSE INTERPLEADER FUNDS AS TO DEFENDANTS HAL HAMLETT AND JAIDYN HAMLETT** |

COMES NOW, Plaintiff Golightly & Vannah, Defendants Northern Nevada Operating Engineers Health & Welfare Trust Fund, named in the Complaint in Interpleader as Operating Engineers Funds, Inc. dba Operating Engineers Health & Welfare Trust Fund ("Defendant Trust Fund"), by and through their undersigned counsel, TJ Allen, LLC, in pro per, and Hal Hamlett, in pro per for himself and his minor child Jaidyn Hamlett, and hereby jointly move this Court to

1

enter an Order disbursing interpleader funds as to Defendants Hal Hamlett and his minor child Jaidyn Hamlett. This joint motion is made and stipulated to by Plaintiff Golightly & Vannah, PLLC, and Defendants Hal Hamlett, in pro per for himself and his minor child Jaidyn Hamlett, TJ Allen, LLC, in pro per, and Northern Nevada Operating Engineers Health & Welfare Trust Fund, named in the Complaint in Interpleader as Operating Engineers Funds, Inc. dba Operating Engineers Health & Welfare Trust Fund, by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 22, the accompanying memorandum of Points and Authorities, any exhibits attached thereto, the pleadings and documents on file herein, and any oral argument at a hearing on this matter.

There is a separate motion pending to disburse interpleader funds as to Jessica Hamlett (ECF No. 43).

DATED this 7th day of December, 2016.

JENKINS LAW FIRM
Attorneys for Defendant Northern Nevada Operating
Engineers Health and Welfare Trust Fund

By: _____
NATHAN M. JENKINS
1895 Plumas Street, Suite 2
Reno, NV 89509

DATED this 7th day of December, 2016.

GOLIGHTLY & VANNAH, PLLC
Attorneys for Plaintiff

By: /s/ L. DiPaul Marrero
ROBERT D. VANNAH (NV Bar 2503)
L. DIPAUL MARRERO II (NV Bar 12441)
5555 Kietzke Lane, Suite 150
Reno, NV 89511

///
///
///

DATED this 7th day of December, 2016.

                DEFENDANT TJ ALLEN, LLC, in pro per

                By:  */s/ TJ Allen*
                     TJ ALLEN, LLC
                     1475 Terminal Way, Suite A4
                     Reno, NV  89502
                     775-770-2225

DATED this 7th day of December, 2016.

                DEFENDANT HAL HAMLETT, in pro per

                By:  */s/ Hal Hamlett*
                     HAL HAMLETT
                     17185 Aquamarine Drive
                     Reno, NV 89508

DATED this 7th day of December, 2016.

                DEFENDANT HAL HAMLETT on behalf of his minor child JAIDYN HAMLETT, in pro per

                By:  */s/ Hal Hamlett*
                     HAL HAMLETT
                     17185 Aquamarine Drive
                     Reno, NV 89508

JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800  Fax (775) 829-0511

## MEMORANDUM OF POINTS AND AUTHORITIES

On August 2, 2013, Defendants Hal Hamlett, Jessica Hamlett and their minor child Jaidyn Hamlett were injured in an automobile accident. Plaintiff, Golightly&Vannah represented them in their personal injury claims. Golightly & Vannah settled Hal and Jaidyn's personal injury claims as follows:

| | |
|---|---|
| Hal Hamlett | $ 11,944.00 |
| Jaidyn Hamlett | $ 656.00 |

Thereafter, Golightly & Vannah commenced this interpleader action on February 3, 2016 and interplead the above-listed personal injury settlements. The only parties to this interpleader action claiming an interest in the interpleader funds from the personal injury settlement on behalf of Hal Hamlett and Jaidyn Hamlett are: (1) Hal Hamlett, (2) Jaidyn Hamlett, (3) TJ Allen, and (4) Defendant Trust Fund (collectively, "Hal and Jaidyn Interpleader Claimants"). All other interpleader defendants have failed to appear and been defaulted, or disclaimed interest. The Hal and Jaidyn Interpleader Claimants have filed a Notice of Settlement all their interpleader claims (ECF No. 48). There is a separate motion pending to disburse interpleader funds as to Jessica Hamlett (ECF No. 43).

The Hal and Jaidyn Interpleader Claimants stipulate, agree, and move the Court to disburse the interpleader funds from the personal injury settlement on behalf of Hal Hamlett and Jaidyn and Jaidyn Hamlett as follows:

HAL HAMLETT INTERPLEADER FUNDS

| | |
|---|---|
| Hal Hamlett | $ 1,500.00 |
| Golightly & Vannah | 1,118.56 |
| TJ Allen | 250.00 |
| Defendant Trust Fund | 9,075.44 |
| TOTAL | $ 11,944.00 |

JAIDYN HAMLETT INTERPLEADER FUNDS

| | |
|---|---|
| Jaidyn Hamlett | $ 250.00 |
| Golightly & Vannah | 59.62 |

4

|   |   |
|---|---|
| TJ Allen | 0.00 |
| Defendant Trust Fund | 346.38 |
| TOTAL | $ 656.00 |

The above listed disbursement of interpleader funds is fair and equitable. The personal injury recoveries of Hal Hamlett and Jaidyn Hamlett are insufficient to pay their attorneys and costs and medical bills. Consequently, the Hal and Jaidyn Interpleader Claimants have all agreed to the foregoing distribution as fair an equitable. Therefore, the Hal and Jaidyn Interpleader Claimants respectfully request the Court enter an order distributing the Hal Hamlett interpleader funds ($11,944.00) and the Jaidyn Hamlet interpleader funds ($656.00) as set forth above.

DATED this 7th day of December, 2016.

JENKINS LAW FIRM
Attorneys for Defendant Northern Nevada Operating Engineers Health and Welfare Trust Fund

By: _____
NATHAN M. JENKINS
1895 Plumas Street, Suite 2
Reno, NV 89509

DATED this 7th day of December, 2016.

GOLIGHTLY & VANNAH, PLLC
Attorneys for Plaintiff

By: /s/ L. DiPaul Marrero
ROBERT D. VANNAH (NV Bar 2503)
L. DIPAUL MARRERO II (NV Bar 12441)
5555 Kietzke Lane, Suite 150
Reno, NV 89511

DATED this 7th day of December, 2016.

DEFENDANT TJ ALLEN, LLC, in pro per

By: /s/ TJ Allen
TJ ALLEN, LLC
1475 Terminal Way, Suite A4
Reno, NV 89502
775-770-2225

DATED this 7th day of December, 2016.

           DEFENDANT HAL HAMLETT, in pro per

By:  */s/ Hal Hamlett*
      HAL HAMLETT
      17185 Aquamarine Drive
      Reno, NV 89508

DATED this 7th day of December, 2016.

           DEFENDANT HAL HAMLETT on behalf of his minor child JAIDYN HAMLETT, in pro per

By:  */s/ Hal Hamlett*
      HAL HAMLETT
      17185 Aquamarine Drive
      Reno, NV 89508

JENKINS LAW FIRM
ATTORNEYS AT LAW
1895 Plumas Street, Suite 2
Reno, Nevada 89509
(775) 829-7800 Fax (775) 829-0511

## CERTIFICATE OF SERVICE

I certify that I am an employee of JENKINS LAW FIRM and that on this date the within document entitled **JOINT MOTION TO DISBURSE INTERPLEADER FUNDS AS TO DEFENDANTS HAL HAMLETT AND JAIDYN HAMLETT** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorney of record set forth below:

Robert D. Vannah, Esq.,
L. Dipaul Marrero II, Esq.
Golightly & Vannah, PLLC
5555 Kietzke Lane, Suite 150
Reno, NV 89511
*Attorneys for Plaintiff*

Mark J. Bourassa, Esq.
Trent L. Richards, Esq.
The Bourassa Law Group, LLC
8668 Spring Mountain Road, Suite 101
Las Vegas, NV 89117
*Attorneys for Defendant Universal Services, Inc.*

and that on this date I deposited for mailing at Reno, Nevada a true copy of the within document addressed to:

Jessica Hamlett
17185 Aquamarine Drive
Reno, NV 89508

TJ Allen, LLC
1475 Terminal Way, Suite A4
Reno, NV 89502

DATED this ___7___ day of December, 2016,

*/s/ Auttie Perry*