ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
L. DIPAUL MARRERO II, ESQ.
Nevada Bar No. 012441
**GOLIGHTLY & VANNAH, PLLC**
5555 Kietzke Lane, Suite 150
Reno, Nevada 89511
Telephone (775) 222-3333
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GOLIGHTLY & VANNAH, PLLC,<br><br>Plaintiff,<br><br>vs.<br><br>HAL HAMLETT, an individual; JESSICA HAMLETT, an individual; JAIDYN HAMLETT, a minor; JONATHAN HOLLAND, a minor; REGIONAL EMERGENCY MEDICAL SERVICE AUTHORITY; CHRISTIAN PURGASON, D.O., dba NORTHERN NEVADA EMERGENCY PHYSICIANS; TJ ALLEN, LLC; RENOWN REGIONAL MEDICAL CENTER; RENO ORTHOPAEDIC CLINIC, LTD., DR. CHRISTENSEN; RENO RADIOLOGICAL ASSOCIATES, CHARTERED; ROBERT G. BERRY, JR., M.D. PROFESSIONAL CORPORATION dba ORTHOPEDIC REHABILITATION SPECIALISTS OF NV; UNIVERSAL SERVICES, INC.; OPERATING ENGINEERS FUNDS, INC. dba OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND; THE RAWLINGS COMPANY, LLC; DOE Defendants I through X; ROE CORPORATION Defendants XI through XX,<br><br>Defendants. | CASE NO.: 3:16-cv-00144-MMD-VPC<br><br>**MOTION AND STIPULATION FOR DISBURSAL OF SETTLEMENT FUNDS RELATED TO PERSONAL INJURY CLAIM OF DEFENDANT JONATHAN HOLLAND** |

It is hereby stipulated by and between the Parties, whether appearing pro per or through their undersigned counsel, that all non-answering Defendants having been defaulted in this action; and that judgments having been entered against those defaulted Defendants, that the only remaining unsettled

1

matter is the distribution of the Six Hundred Dollars in settlement funds related to the settlement of Minor Jonathan Holland underlying personal injury claim; that the parties with claims to those settlement funds, Plaintiff Golightly & Vannah, PLLC, Minor Jonathan Holland through his natural born mother, Defendant Jessica Hamlett, and Defendant TJ Allen, LLC, have agreed to the following distribution of the settlement funds:

    Plaintiff Golightly & Vannah, PLLC shall receive $195.00;

    Defendant TJ Allen, LLC shall receive $200.00;

    Minor Jonathan Holland shall receive $205.00.

Dated this 7 day of March, 2017.

GOLIGHTLY & VANNAH, PLLC

 /s/ L. DiPaul Marrero II
L. DIPAUL MARRERO II, ESQ.
Nevada Bar. No. 12441
5555 Kietzke Lane, Suite 150
Reno, Nevada 89511
Attorneys for Plaintiff

Dated this 7 day of March, 2017.

Jessica Hamlett, Pro Per

 /s/ Jessica Hamlett
17185 Aquamarine Drive
Reno, Nevada 89508
Guardian of Defendant Jonathan Holland
Dated this 7 day of March, 2017

Dated this 7 day of March, 2017.

TJ ALLEN, LLC

 /s/ T.J. Allen
1475 Terminal Way, Suite A4
Reno, Nevada 89502

The parties above humbly request an Order from this Court ordering the settlement funds as agreed to by the parties above so that this matter may finally be settled in its entirety.

# ORDER

IT IS SO ORDERED that the $600.00 in settlement funds related to Defendant Jonathan Holland be distributed in the above agreed to amounts, specifically, $195.00 to Plaintiff Goligthly & Vannah, PLLC; $200.00 to Defendant TJ Allen, LLC; and $205.00 to Defendant Jonathan Holland.

DATED this 7th day of March, 2017

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

3